# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150118(57)

WINDRUSH, INC.,
      Plaintiff-Appellant,

v

LEE VANPOPERING, SHAGBARK
DEVELOPMENT, INC., and NORTHLAND
MANAGEMENT, INC.,
      Defendants-Appellees.
_____/

SC: 150118
COA: 315958
Kent CC: 09-008274-CK

On order of the Chief Justice, the motion of the defendants-appellees for a third extension to the time for filing their responsive brief in this application for leave to appeal is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2014

_____